JOHN E. PEER - State Bar No. 95978
jpeer@wpdslaw.com
DOUGLAS A. GREER - State Bar No. 129987
dgreer@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660

Attorneys for
UNITED SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMETZA ARIZONA, LLC,<br><br>Defendants. | Case No.: 3:21-cv-00190-DMS-BLM<br><br>Assigned to the Hon. Dana M. Sabraw<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>Filing Date:     February 1, 2021 |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff United Specialty Insurance Company voluntarily dismisses the entire action with prejudice.

DATED: May 13, 2021                WOOLLS PEER DOLLINGER & SCHER
                                   A Professional Corporation


                                       /s/ JOHN E. PEER
                                   _____
                                   JOHN E. PEER
                                   DOUGLAS A. GREER
                                   Attorneys for
                                   UNITED SPECIALTY INSURANCE